**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

STEPHEN SMITH, TRUSTEE FOR THE CREDITORS
OF JONATHAN ESTES,
AND JONATHAN ESTES                                                               PLAINTIFFS

VERSUS                                                      CAUSE NO. 3:17cv-254-GHD-JMV

WAL-MART STORES EAST, LP                                                          DEFENDANT

## ORDER OF SUBSTITUTION

In Plaintiff's First Amended Complaint, Selene Maddox, Trustee for the Creditors of Jonathan Estes, was named as a Plaintiff in this case because of the Trustee's interest in this lawsuit based on Mr. Estes' bankruptcy.

On October 23, 2018, Selene Maddox resigned as trustee because of her appointment to the position of bankruptcy judge. Judge Maddox was replaced as trustee in this case by Stephen Smith.

IT IS HEREBY ORDERED that Stephen Smith, Trustee for the Creditors of Jonathan Estes, is hereby substituted as the proper party plaintiff in place of Selene Maddox, Trustee for the Creditors of Jonathan Estes. The Clerk shall make the appropriate change to the record of this case.

ORDERED, this the 30th day of November, 2018.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE